

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Travis Bryan Hicks,

\* From the 50th District Court
of Knox County
Trial Court No. 3992.

Vs. No. 11-18-00293-CR

\* June 28, 2019

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.